UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS ROQUE; MAGDALENDA FERNANDEZ; TRIPLE S GOLDEN STATE CORPORATION, a California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | No. 2:13-cv-01531-MCE-AC<br><br>**ORDER TRANSFERRING CASE TO FRESNO DIVISION** |

　　　The Complaint in this matter is brought on behalf of Plaintiff Scott Johnson, a physically disabled person who requires use of a wheelchair and specially equipped van for mobility purposes.  Plaintiff alleges that a restaurant owned and operated by Defendants in Westley, California violated the Americans with Disabilities Act, 42 U.S.C. § 12101, et. seq., ("ADA") by failing to comply with the Accessibility Guidelines applicable to the ADA.  Plaintiff also alleges several violations of state law.

///

1

According to Plaintiff's complaint, venue is proper under 28 U.S.C. § 1391(b) because the restaurant which is the subject of the instant action is located in the Eastern District, and because Plaintiff's cause of action also arose in this District.  The Civil Cover Sheet appended to Plaintiff's complaint further indicates that Defendants are residents of Stanislaus County, California.

In addition to Defendants being residents of Stanislaus County, the City of Westley is also located within Stanislaus County.  Stanislaus County is part of the Fresno Division of the United States Court for the Eastern District of California.  See E.D. Local Rule 120(d).

Pursuant to Local Rule 120(f), any civil action which has not been commenced in the proper court within this District, may, on the court's own motion, be transferred to the proper court.  The instant case should have been instituted in Fresno rather than Sacramento.  Therefore this action will be transferred to the Fresno division of the court.  All motions currently pending are therefore vacated, subject to being renoticed before the judge to whom the case is reassigned in Fresno.  The pending requests for telephonic appearances are denied as moot.

IT IS SO ORDERED.

Dated:  October 8, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT